UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -1  P 12: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOANNE PARISI, individually and as Executrix of the Estate of LEONARDO PARISI<br>Plaintiff<br><br>v.<br><br>JOHN GRIBBEN, M.D.<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>CIVIL ACTION NO. 05-10007-MLW<br>)<br>)<br>)<br>)<br>) |

SCANNED
DATE: 2-3-05
BY: _____

WGY

## PLAINTIFF'S MOTION TO EXTEND THE SERVICE DEADLINE

NOW COMES THE PLAINTIFF and prays that this court grant an extension to serve the Defendant, John Gribben, M.D.  As grounds therefore, Plaintiff states the following:

1.    This matter was filed on December 27, 2004.

2.    On January 7, 2005, Plaintiff sent a summons and complaint to the Suffolk County Sheriff for service on the Defendant, John Gribben, M.D.

3.    While attempting service on January 13, 2005, the Deputy Sheriff discovered that the defendant has moved to London, England.

4.    As international service under the Hague Convention, 20 UST 361, can be a timely proposition, Plaintiff is requesting an additional 90 days to complete service on the Defendant, John Gribben.

Respectfully submitted,
The Plaintiff,
By her attorneys,

_____
Barry D. Lang, Esq., BBO # 565438
Zachary B. Lang, Esq.,  BBO # 652055
Barry D. Lang, M.D., & Associates
One State Street, Suite 1050
Boston, MA  02109
617-720-0176

Feb-10, 2005
YOUNG D.J.
    MOTION ALLOWED

_____
U.S. District Judge

DOCKETED

DATED:  January 28, 2005