UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -1  P 12: 55

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| JOANNE PARISI, individually and as Executrix of the Estate of LEONARDO PARISI<br><br>     Plaintiff<br><br>v.<br><br>JOHN GRIBBEN, M.D.<br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10007-MLW<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO APPOINT SPECIAL PROCESS SERVER

NOW COMES THE PLAINTIFF and prays that this Court grant this motion to appoint a special process server. As grounds therefore, Plaintiff states the following:

1. It has come to Plaintiff's attention that the above-named defendant has recently moved to London, England.

2. As such, Plaintiff asks that this Court appoint APS International Limited as special process service for the limited purpose of serving process on the defendant, John Gribben, M.D.

3. An order to appoint special process server is attached to this motion.

Respectfully submitted,
The Plaintiff,
By her attorneys,

Barry D. Lang, Esq., BBO # 565438
Zachary B. Lang, Esq., BBO # 652055
Barry D. Lang, M.D., & Associates
One State Street, Suite 1050
Boston, MA 02109
617-720-0176

DATED:  January 28, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE PARISI, individually and as Executrix of the Estate of LEONARDO PARISI<br><br>      Plaintiff<br><br>v.<br><br>JOHN GRIBBEN, M.D.<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10007-MLW<br>)<br>)<br>)<br>)<br>) |

## ORDER TO APPOINT SPECIAL PROCESS SERVER

IT IS HEREBY ORDERED,

That APS International, Ltd. is appointed special process service for the purpose of serving process on the defendant, John Gribben, M.D., in England, by delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individual's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein or by delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process.

_____
Judge

Dated: