UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOANNE PARISI, individually and as )
Executrix of the Estate of LEONARDO )
PARISI )
    Plaintiff )
 )
v. )
 ) CIVIL ACTION NO. 05-10007-~~MLW~~ WGY
 )
JOHN GRIBBEN, M.D. )
    Defendants )
 )

## ORDER TO APPOINT SPECIAL PROCESS SERVER

IT IS HEREBY ORDERED,

That APS International, Ltd. is appointed special process service for the purpose of serving process on the defendant, John Gribben, M.D., in England, by delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individual's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein or by delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process.

_____
Judge

Dated: Feb 10 2005