UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUE ZHANG<br>    Plaintiff<br><br>v.<br><br>SHRAGA N. GOLDBERG, M.D.<br>    Defendant | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-12735-PBS<br>)<br>)<br>)<br>) |

**LOCAL RULE 16.1 JOINT STATEMENT**

**I.   Rule 26(F) Conference**

Pursuant to Federal Rule of Civil Procedure 26F and Local Rule 16.1(B), counsel participated in a telephone conference on August 15, 2005, to discuss discovery issues in this matter. Participants in the conference were:

ZacharyB. Lang, Esq. for Plaintiff, Jue Zhang
Jennifer Boyd Herlihy, Esq. for the Defendant, Shraga Goldberg, M.D.

**II.   Pre-Discovery Disclosure**

The parties will exchange by 10/16/2005 the information required by Fed. R. Civ. P. 26(a)(1) and Local Rule 16.2.

**III.  Discovery Plan**

**A.   PHASE I:** For Developing Information Needed For A Realistic Assessment Of Case, The Parties Jointly Propose To The Court The Following Discovery Plan:

1.   Discovery will be needed on the following subjects:

   a. Plaintiff, Jue Zhang's medical history.
   b. Plaintiff, Jue Zhang's current medical status
   c. Complex medical issues involving causation and standard of care
   d. Shraga Goldberg, M.D.'s care relative to Ms. Zhang

2.   All discovery to be completed by 9/1/2006.

3.  Maximum of <u>40</u> interrogatories by each party to any other party. Response due in 45 days after service.

4.  Maximum of <u>10</u> requests for admission by each party to any other party. Responses due 30 days after service.

5.  Maximum of <u>10</u> depositions by plaintiffs and <u>10</u> by defendants. Keeper of the Records depositions are not included in this category. Based upon reasonable information discovered at deposition, additional depositions may become necessary.

6.  Responses to First Request for Production of Documents by 30 days after service.

7.  Reports from retained experts under Rule 26(a)(2) due:

    From plaintiffs by <u>10/01/2006</u>

    From defendant by <u>11/01/2006</u>

**IV.   Other Items**

1.  The parties request a Pre-Trial Conference in <u>April, 2007</u>

2.  Plaintiffs should be allowed until <u>12/16/2005</u> to join additional parties and until <u>12/16/2005</u> to amend the pleading.

3.  Defendant should be allowed until <u>1/16/2006</u> to join additional parties and until <u>1/16/2006</u> to amend the pleading.

4.  All potentially dispositive motions should be filed by <u>09/30/2006</u>

5.  Settlement can be evaluated at anytime.


**B.   PHASE II:** For Information Needed To Prepare For Trial

1.  Deposition of experts must be completed by <u>03/16/2007.</u>

2.  Final lists of witnesses and exhibits under Rule 26(a)(3) should be due at the time of the Pre-Trial Conference:

3.  Parties should have <u>10</u> days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

4.  The case should be ready for trial by <u>9/1/2007</u> and at this time it is expected to take <u>6</u> trial days.

5.    The parties do not consent to a trial by a magistrate judge at this time.

V.    **Settlement Proposals**

In compliance with Local Rule 16.1, counsel for both parties have conferred with respect to settlement before the scheduling conference and have been unable to reach an agreement.

VI.    **Certification of Parties and Their Counsel**

The parties and their counsel herein certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and they have considered and discussed the resolution of this litigation through the use of alternative dispute resolution programs as outlined in Local Rule 16.4.


Date: August 16, 2005




/s/ Barry D. Lang
Barry D. Lang, Esq.
BBO # 565438
Zachary B. Lang, Esq.
BBO# 652055
Attorney for the Plaintiffs
**Barry D. Lang, M.D. & Associates**
1 State Street, Suite 1050
Boston, MA 02109
617-720-0176


/s/ Jennifer Boyd Herlihy
Jennifer Boyd Herlihy, Esq.
BBO # 636815
Sidney Adler, Esq.
BBO # 012660
**Adler, Cohen, Harvey, Wakeman & Guekguezian**
75 Federal Street
Boston, MA 02110
617-423-6674