UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE PARISI, individually and as Executrix of the Estate of LEONARDO PARISI<br>　　　Plaintiff<br><br>v.<br><br>JOHN GRIBBEN, M.D.<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10007-WGY<br>)<br>)<br>)<br>) |

## CERTIFICATION OF JOANNE PARISI

This is to certify that we have discussed and approved a budget for the costs of conducting the full course, and various alternative courses of the litigation and have and will further consider the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16-4.

The Plaintiff,                                    Plaintiff's Attorney,

_____              _____
Joanne Parisi, Executor of                  Barry D. Lang, Esq.
the Estate of Leonardo Parisi

Dated:  8-29-05                                 Dated:  9/1/05