UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOANNE PARISI,                          )
            Plaintiff(s)                )
                                        )
v.                                      )          C.A. No.   05-10007-MLW
                                        )
JOHN GRIBBEN, M.D.,                     )
            Defendant(s)                )

SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised on October 4, 2006 by counsel for the plaintiff that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                                        By the Court:
                                        Sarah A. Thornton, Clerk


October 4, 2006                         /s/Dennis O'Leary
Date                                    Deputy Clerk