UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NUMBER:  05-10007-MLW

| | |
|---|---|
| JOANNE PARISI, individually and as Executrix of the Estate of LEONARDO PARISI, <br>     Plaintiff, <br><br> VS. <br><br> JOHN G. GRIBBEN, M.D., <br>     Defendant. | STIPULATION OF DISMISSAL |

Now come the parties in the above-entitled action and, pursuant to the provisions of Fed. R. Civ. P. 41 (a)(1)(ii), hereby stipulate that all aspects of said action be dismissed with prejudice, without costs and waiving all rights of appeal.


/s/ Barry D. Lang                                    /s/ Paul M. McTague
_____          _____
Barry. D. Lang, Esq.                              Paul M. McTague
B.B.O. No. 565438                                 B.B.O. No. 541779
Zachary B. Lang, Esq.                           Michael J. Keefe
B.B.O. No. 652055                                 B.B.O. No. 263751
Attorneys for the Plaintiffs,                   Attorneys for the Defendant,
  Joanne Parisi, Individually and as       John G. Gribben, M.D.
  Executrix of the Estate of                   MARTIN, MAGNUSON, MCCARTHY
  Leonardo Parisi                                  & KENNEY
BARRY D. LANG, M.D.                          101 Merrimac Street
  & ASSOCIATES                                  Boston, Massachusetts 02114
One State Street, Suite 1050                (617) 227-3240
Boston, Massachusetts 02109
(617) 720-0176


Dated:  October 17, 2006